Michelle L. Boutin, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

> **Filed On**
> **8/17/06**

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>Timothy N. Ferrari, d/b/a Sunrise Sunset Landscaping,<br><br>               Debtor. | Case No. A05-01947-DMD<br>[Chapter 7] |

## ORDER GRANTING AND APPROVING
## DEBTOR'S MOTION PURSUANT TO 11 U.S.C. 522(F) TO AVOID JUDICIAL LIENS IMPAIRING EXEMPTION ON RESIDENCE

The debtor, Timothy N. Ferrari, through his counsel of record, filed a motion

pursuant to 11 U.S.C. § 522(f) and Bankruptcy Rules 4003(d), to avoid a judicial liens

recorded against his principal residence, liens that impair his homestead exemption.  The

motion was noticed to creditors pursuant to AK LBR 9013-2(b) and Fed. R. Bankr P.

7004(b)(3).  One opposition, a  limited opposition, was filed by judgment lien creditor

Labor Ready.

A hearing was held on the motion on August 16, 2006.  Present at the hearing was

Michelle L. Boutin, attorney for the debtor, Frank Cahill, attorney for Labor Ready, and

John Siemers, attorney for William Barstow, Trustee.  The Court has considered the

motion and statements made by parties present at the hearing, and for good cause

appearing,

IT IS ORDERED that the Debtor's Motion Pursuant to 11 U.S.C. § 522(f) to Avoid Judicial Liens Impairing Exemption on Residence is GRANTED AND APPROVED.  It is ordered that the following recorded judicial liens encumbering the debtor's interest in real property commonly known as 2621 Wesleyan Dr., Anchorage, Alaska, are hereby avoided pursuant to 11 U.S.C. § 522(f) (the balance on the liens avoided may be greater, but the amount listed below is the recorded amount):

| Recording Date | Judgment Creditor | Recorded Judgment Amount |
|---|---|---|
| 2-25-04 | Arctic Builders Source, Inc. | $32,985.77 |
| 7-22-04 | (Safeco Insurance Company of America confession) | $7,212 |
| 8-16-04 | United Rentals Northwest, Inc. | $13,277.09 |
| 9-26-04 | Wells Fargo Financial AK, Inc. | $1,454.62 |
| 1-23-05 | Labor Ready or Ready Labor | $4,536.14 |
| 4-26-05 | Financial Collection Agency | $11,783.36 |
| 8-29-05 | CNA Commercial Insurance | $1,642.89 |

The recorded liens of the IRS are statutory and are not avoided.

DATED:  August 17, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MACDONALD IV
U.S. BANKRUPTCY JUDGE

Serve: M. Boutin, Esq.
       F. Cahill, Esq.
       J. Siemers, Esq.
       W. Barstow, Trustee
       U. S. Trustee
                    8/17/06

{00128970 } Order Granting and Approving Debtor's Motion Pursuant to 11 U.S.C. 522(f)      Page 2 of 2
*In Re: Timothy N. Ferrari, d/b/a Sunrise Sunset Landscaping*